1  DANIEL G. BOGDEN
   United States Attorney
2  KATHLEEN BLISS
   NICHOLAS DICKINSON
3  Assistant United States Attorneys
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

-oOo-

| UNITED STATES OF AMERICA, | 10-CR-00325-PMP-RJJ |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO ALLOW ADDITIONAL TIME (ONE WEEK) TO PROVIDE COURT WITH *IN CAMERA* MATERIALS RELATED TO GOVERNMENT WITNESSES** |
| COREY THOMPSON, | |
| Defendant. | |

The United States respectfully requests that the Court grant it additional time to provide the Court with *in camera* materials related to witnesses that the government anticipates it will call at trial. The government requests a one-week continuance from this date, or until April 11, 2012. In support, the United States shows the Court as follows:

On March 14, 2012, this Court held a hearing on defendant's motion for discovery, in which defendant requested, *inter alia*, a list of government witnesses. *See* Document Number (Doc. __) 63. The government opposed the motion. Doc. 69.

At the hearing on defendant's motion, the Court ordered the government to submit its *in camera* witness list to the Court by April 4, 2012. *See* Minute Entry at Docket Number 75. In preparing the list for the Court, the government has identified several issues that need further development. These issues could be highly relevant to the Court's inquiry. The government requests another week to pursue these issues.

. . .

1

Counsel for the government has contacted counsel for defendant, and counsel does not oppose the government's request for additional time.

The additional time requested will have no effect on the trial date set in this case of July 24, 2012.

Therefore, the government requests that the Court grant it leave to file the *in camera* materials on April 11. 2012.

Dated this 4th day of April 2012.

                                  DANIEL G. BOGDEN
                                  United States Attorney

                                  By:  /s/  Kathleen Bliss
                                         KATHLEEN BLISS
                                         NICHOLAS D. DICKINSON
                                         Assistant United States Attorneys

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-00325-PMP(RJJ) |
| Plaintiff, | |
| vs. | **ORDER ALLOWING GOVERNMENT ADDITIONAL TIME (ONE WEEK) TO PROVIDE COURT WITH *IN CAMERA* MATERIALS RELATED TO GOVERNMENT WITNESSES** |
| COREY THOMPSON, | |
| Defendant. | |

The Court, having reviewed the unopposed motion of the government, requesting additional time within which to submit *in camera* materials for this Court's review, finds good cause to grant the government's motion.

It is therefore ORDERED THAT THE GOVERNMENT SHALL HAVE UNTIL APRIL 11, 2012, TO SUBMIT *IN CAMERA* MATERIALS RELATED TO WITNESSES THAT THE GOVERNMENT ANTICIPATES IT WILL CALL AT TRIAL:

DATE: April 5, 2012.

_____
UNITED STATES DISTRICT JUDGE