UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>               Plaintiff,<br><br>vs.<br><br>Corey Thompson<br><br>               Defendant. | District No.   2:10-CR-00325-PMP-RJJ |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

On Thursday, July 5, 2012 this court received a transcript order form dated July 5, 2012 requesting a Transcript of the Motion Hearing held on July 2, 2012 from Mr. Rene Valladares, Counsel for Mr. Corey Thompson, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 6th day of July, 2012.

Philip M. Pro

United States Judge